UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


IN RE:                            )    CASE NO: 08-41540-659
                                  )
LUCILLE B HAMILTON                )
                                  )    CHAPTER 13
                                  )
                                  )
             DEBTOR(S)            )


LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

        COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.   THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH  THEY  ARE  ENTITLED  TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


SPIRIT OF AMERICA NATL BANK
PO BOX 856750                          $           107.22
C/O AZ MAIL ORDER
LOUISVILLE KY
302688              40285


                                  /s/ John V. LaBarge, Jr.
                                  ------------------------------------
DATE: March 31, 2011              JOHN V. LABARGE, JR.,
                                  CHAPTER 13 TRUSTEE
                                  P.O. Box 430908
                                  St. Louis, MO 63143
BG -091                           (314) 781-8100   trust33@ch13stl.com